# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

146789 & (77)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

DAVID LEE ALLAN,
        Defendant-Appellee/
        Cross-Appellant.

SC:  146789
COA:  305283
Jackson CC:  11-004013-FH

_____/

      On order of the Court, the application for leave to appeal the January 10, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013



Clerk

p0529